UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――X

HENRY N. YOUNG

          **Plaintiff,**

    -against-

NYC DEPARTMENT OF EDUCATION,
ET AL.

          **Defendants.**
――――――――――――――――――――――X

**ORDER DECLARING CASE
ELIGIBLE FOR MEDIATION**

No. 09 Civ. 6621 (SAS)(KNF)

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 2/25/10]

*To the Clerk of the Court:*

    THE COURT having been advised that all parties have consented to mediate this action in a settlement conference before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, this case is determined to be eligible for mediation.

    **SOLELY FOR THE PURPOSES OF THIS MEDIATION, plaintiff is represented by:**

    **ROBERT N. FELIX, ESQ.**
    **Law Offices of Robert N. Felix**
    **11 Broadway, Suite 715**
    **New York, New York 10004**
    **Tele: 212-747-1433**
    **Fax: 212-943-1238**
    **Email: felixlaw@yahoo.com**

    This attorney has volunteered to participate in the Court's mediation project. If there is any conflict of interest, the attorney shall notify Rocky Marmolejos, *Pro Se* Mediation Coordinator, in the Court's *Pro Se* Office immediately at (212) 805-0177. The attorney shall consult with plaintiff and shall attend the mediation when scheduled. **If the case is not resolved through the mediation process, the attorney shall have no obligation to have any further involvement in the case. Under no circumstances shall the Court require the attorney to accept representation for any further part of the litigation.**

    The entire mediation process is confidential. The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence. Any timetable set by

the Court contained in a scheduling order or otherwise governing the completion of discovery, motion practice or trial date, etc., is to be strictly complied with and is in no way changed by the entry of this mediation Order.

SO ORDERED:

*(signature)*
KEVIN NATHANIEL FOX
United States Magistrate Judge

Dated: 2/25/10

New York, New York